U. S. Department of Justice
Immigration and Naturalization Service

**Notice to Appear**

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

Subject ID : 261383556

File No.: A075 052 990

Event No: CHI0706000098

In the Matter of:

Respondent:  Loui Hashim AL-BAREN ............................................. currently residing at:

IN ICE/DRO CUSTODY , CHICAGO ILLINOIS ...............................................................
              (Number, street, city and ZIP code)                    (Area code and phone number)

**08 C 589**

☐ 1. You are an arriving alien.

☐ 2. You are an alien present in the United States who has not been admitted or paroled.

☒ 3. You have been admitted to the United States, but are removable for the reasons stated below.

**JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE BROWN**

The Service alleges that you:
1. You are not a citizen or national of the United States;
2. You are a native of IRAQ and a citizen of IRAQ;
3. Your status was adjusted to that of lawful permanent resident on 12/12/2000 under section 209 of the Act;
4. You were, on February 20, 2007, convicted in the United States District Court-Northern District of Illinois [at] Chicago, IL for the offense of Wire Fraud [in violation of 18 USC 1343].

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:
    **See Continuation Page Made a Part Hereof**

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8CFR 208.30(f)(2) ☐ 8CFR 235.3(b)(5)(iv)

**EXHIBIT
A**

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
55 East Monroe Street Suite 1900 Chicago ILLINOIS US 60603 to be set.
                    (Complete Address of Immigration Court, including Room Number, if any)

on a date to be set    at a time to be set   to show why you should not be removed from the United States based on the
        (Date)              (Time)

charge(s) set forth above.        JAMES MCPEEK        Supervisory Deportation Officer
                                          (Signature and Title of Issuing Officer)

Date: June 8, 2007        Chicago, IL
                              (City and State)

See reverse for important information        Form I-862 (Rev. 08-09-02)N

**U.S. Department of Justice**
Immigration and Naturalization Service

Continuation Page for Form  I-862

| Alien's Name | File Number | Date |
|---|---|---|
| Loui Hashim AL-BAREH | A075 052 990 | June 1, 2007 |
| | Event No: CHI0706000098 | |

ON THE BASIS OF THE FOREGOING, IT IS CHARGED THAT YOU ARE SUBJECT TO REMOVAL FROM THE UNITED STATES PURSUANT TO THE FOLLOWING PROVISION(S) OF LAW:
=========================================================================

Section 237(a)(2)(A)(iii) of the Immigration and Nationality Act (Act), as amended, in that, at any time after admission, you have been convicted of an aggravated felony as defined in section 101(a)(43)(M) of the Act, a law relating to an offense that (i) involves fraud or deceit in which the loss to the victim or victims exceeds $10,000; or (ii) is described in The Internal Revenue Code of 1986, Section 7201 (relating to tax evasion) in which the revenue loss to the Government exceeds $10,000.

| Signature | Title |
|---|---|
| JAMES MCPEEK | Supervisory Deportation Officer |

3 of 3 Pages

Form I-831 Continuation Page (Rev. 6/12/92)

### Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8 CFR 241.16(a). Specific addresses on locations for surrender can be obtained from your local INS office or over the internet at http://www.ins.gov/graphics/surrender.htm. You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a Federal court, immigration court, or the Board of Immigration Appeals staying execution of the removal order. Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to a 10-day period prior to appearing before an immigration judge.

Before: _(Signature of Respondent)_

_(Signature and Title of INS Officer)_  Deportation Officer    Date: June 8, 2007

---

### Certificate of Service

This Notice To Appear was served on the respondent by me on _____, in the following manner and in compliance with section 239(a)(1)(F) of the Act.

[X] in person  [ ] by certified mail, returned receipt requested  [ ] by regular mail

[ ] Attached is a credible fear worksheet.

[X] Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the ____English____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_(Signature of Respondent if Personally Served)_    DEPORTATION OFFICER  _(Signature and title of officer)_

Form I-862 Page 2 (Rev. 08-09-02)N



**DEPARTMENT OF THE ARMY**
Headquarters, 1st Battalion, 64th Armor Regiment
3d Infantry Division
APO AE 09380



REPLY TO
ATTENTION OF:

CW2 YI, YONGSANG                                    October 15, 2005
yongsang.yi@us.army.mil

To the Office of Immigration and Naturalization Services:

    I am writing this letter in the hopes that you will consider Mr. Albarh for a U.S. Citizenship. As the Officer In Charge (OIC) of the 3rd Infantry Division, 2nd Brigade Interrogation Facility (BIF) in Baghdad, I have personally worked with and supervised Mr. Albarh since April of 2005. Being a native Iraqi with command of the English language, Mr. Albarh works as an interpreter between U.S. interrogators and local detainees. Mr. Albarh is truly a professional when dealing with the long hours and the stressful environment associated with these operations. Because the fate of these detained individuals as well as the intelligence gained from questioning of these individuals largely depends on the accuracy of the translation, Mr. Albarh has a very important role to play in the war on terrorism.

    Mr. Albarh is great at what he does, and I certainly could not replace him with a better individual. At this point, because Mr. Albarh is not yet a U.S. citizen, we must limit the scope of his operations, which require one to have a security clearance. Mr. Albarh has shown great dedication and patriotism while working for the U.S. Army. He has shown that he is ready to take on more responsibility that comes with having access to classified information commonly used by our team. Mr. Albarh is a valuable resource to our team, and it is on his behalf that I am writing this letter. However, the U.S. Army would also greatly benefit from Mr. Albarh's citizenship.

                      Sincerely,

                      CW2 Yi, Yongsang
                      USA, MI
                      OIC, BIF

4





**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY INTELLIGENCE AND SECURITY COMMAND
8825 BEULAH STREET
FORT BELVOIR, VIRGINIA 22060-6246

REPLY TO
ATTENTION OF

IACS-CL (381)

Monday, September 12, 2005

SUBJECT: Letter of Identification and Authorization (LOIA)

1. Refer to Contract Number W911W4-04-D-0005 effective 10 SEP 2004

2. NAME:     ALBAREH, LOUI
   ID:       594694857
   GSE:      GS-12

   ADDRESS:  Titan Corporation
             1900 Campus Commons Drive
             Suite 600
             Reston, VA 20191

   INITIAL DUTY STATION: IRAQ

3. The bearer of this letter is an employee of Titan Corporation, which has a contract with US Army Intelligence and Security Command ISO Operations ENDURING and IRAQI FREEDOM under Government contract W911W4-04-D-0005. During the period of the contract 15 MAR 2005-9 MAR 2006, AND ONLY IF THE VENDOR PERMITS, Space Required Travel is Authorized on AMC flights, and the named bearer is eligible and authorized to use Government travel offices and available travel discount rates in accordance with Government contracts and/or agreements to, from, and within the Area of Operations, including GUANTANAMO BAY, CUBA, AFGHANISTAN, IRAQ, PAKISTAN, UZBEKISTA, KIRGIZIA, TADJIKISTAN, TURKMENISTAN, TURKEY, ITALY, KUWAIT, UAE, BAHRAIN, SAUDI ARABIA, QATAR, DJIBOUTI, KENYA, ETHIOPIA, GERMANY or other countries in the ENDURING FREEDOM AOR. Government Contract City Pair fares are not available to Contractors.

4. Bearer will deploy from Continental United States (CONUS) via the CONUS Replacement Center (CRC), Ft. Benning, GA, to the Area of Operations. Upon completion of the mission, bearer will return to the United States via CRC, utilizing the travel methods described in paragraph 3.

5. US Government-provided facilities and transportation will be utilized to the maximum extent possible including, but not limited to, billeting and messing (as or commensurate with permanent party members). Travel via MILITARY AIRLIFT will be billed to the following address:

   Titan Corporation
   ATTN: Accounts Payable
   1900 Campus Commons Drive
   Suite 600
   Reston, VA 20191
   (703) 390-7600

Contractor will obtain authorization from the Contracting Officer or Contracting Officer Representative prior to incurring non-government transportation costs.

6. Excess baggage up to three (3) bags is authorized.

7. When stationed outside CONUS, Germany, and Italy bearer is authorized to be issued and carry a DOD ID card as a U.S. Military Contractor and use US Government facilities and services (for example, Commissary, Military Exchange ( Post or Base Exchange [PX/BX], Medical Treatment Facilities). When in-transit to the Iraq Theater of Operations (thru Germany), the bearer is considered deployed, and therefore authorized government meals/lodging (exclusive of previously mentioned US Government facilities and services). List of all authorized logistic support items follows: Commissary to include rationed items; Military Exchange to include purchase or replacement purchase of appropriate military clothing and equipment to include one (1) Belt, Black Trousers; one (1) Cap



NOTICE OF HEARING IN REMOVAL PROCEEDINGS
Immigration Court
Chicago, IL 60605

RE:   LOUI HASHIM AL-BAREH                         DATE:   June 27, 2007

FILE:  A75-052-990
        DHS CUSTODY                                 David Lin, Atty.
        CHICAGO, IL 60604

Please take notice that the above captioned case has been scheduled for a Master/Individual hearing before an
Immigration Judge on __**July 11, 2007**__ at _____**1:00 p.m.**_____ at

[ ]  536 S. Clark St., Room B1320/1330, Chicago, IL 60605

[X]  THIS CASE WILL BE HEARD BY TELEVIDEO.  The Judge will preside at the
      Chicago Detained Immigration Court at 536 S. Clark, Room B1330, while
      the respondent will be brought in to the McHenry County Jail.

        You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual
who is authorized and qualified to represent persons before an Immigration Court.  Your hearing date has not been
scheduled earlier than 10 days from the date of service of the Notice to Appear, in order to permit you the opportunity
to obtain an attorney or representative.  If you wish to be represented, your attorney or representative must appear with
you at the hearing prepared to proceed.  You can request an earlier hearing in writing.
        Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following
actions: (1) You may be taken into custody by the Immigration and Naturalization Service and held for further action. OR
(2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order
of removal will be entered against you if the Immigration and Naturalization Service establishes by clear, unequivocal and
convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.
        IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT,
WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT CHICAGO,
IL THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR PHONE NUMBER AT WHICH YOU
CAN BE CONTACTED REGARDING THESE PROCEEDINGS.  EVERY TIME YOU CHANGE YOUR
ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS
AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33.
ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED
TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE
COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST
CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS."  CORRESPONDENCE FROM THE COURT,
INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE
PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN
GO FORWARD IN YOUR ABSENCE.
        A list of free legal service providers has been given to you. For information regarding the status of your case,
call toll free 1-800-898-7180 or 703-305-1662.

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)      PERSONAL SERVICE ( X )   F...
TO:      [ ] ALIEN      [ ] ALIEN c/o Custodial Officer     [X ] ALIEN'S ATT/REP
DATE:_ 6-27-07 _____              BY: COURT STAFF_ Mjr _____
   Attachments:  [ ] EOIR-33      [ ] EOIR-28      [ ] Legal Services List     [ ] Othe...

Administrative Control Court: Immigration Court, 55 E. Monroe, Ste. 1900, Chicago, IL 60603**
Hearing Conducted by Video Conference
**NOTE: PLEASE MAIL ANY CORRESPONDENCE TO THE ADMINISTRATIVE CONTROL COURT****

U.S. DEPARTMENT OF JUSTICE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
Immigration Court
Chicago, IL 60605

RE:   AL-BAREH, LOUI HASHIM                                DATE:      7/11/07

FILE:   75-052-990                                         Atty Valenzuela
DHS CUSTODY
CHICAGO, IL 60604

Please take notice that the above captioned case has been scheduled for a ~~Master~~/Individual hearing before an Immigration Judge on **August 16, 2007** at **1:00 p.m.** at

[  ] 536 S. Clark St., Room B1320/1330, Chicago, IL 60605

[ X ] THIS CASE WILL BE HEARD BY TELEVIDEO.  The Judge will preside at the Chicago Detained Immigration Court at 536 S. Clark, Room B1330, while the respondent will be brought in to the DHS location at Broadview, IL.

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear, in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed.  You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions: (1) You may be taken into custody by the Immigration and Naturalization Service and held for further action. OR (2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Immigration and Naturalization Service establishes by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT CHICAGO, IL THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR PHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.  EVERY TIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR.  IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS."  CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you.  For information regarding the status of your case, call toll free 1-800-898-7180 or 703-305-1662.

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)      PERSONAL SERVICE (P  )     FAX (F)
TO:      [ ] ALIEN     [ ] ALIEN c/o Custodial Officer     [ p ] ALIEN'S ATT/REP     [ p ] DHS
DATE:   7/11/07                            BY: COURT STAFF_____Ly_____
Attachments:   [ ] EOIR-33     [ ] EOIR-28     [ ] Legal Services List     [ ] Other

Administrative Control Court: Immigration Court, 55 E. Monroe, Ste. 1900, Chicago, IL 6060⬛
Hearing Conducted by Video Conference

**NOTE: PLEASE MAIL ANY CORRESPONDENCE TO THE ADMINISTRATIVE CONT⬛**

EXHIBIT
E

IMMIGRATION COURT
CHICAGO, IL 60603

In the Matter of:
**AL-BAREH, LOUI HASHIM**                                    File:   **75-052-990**

ORDER OF THE IMMIGRATION JUDGE
TO FILE PRE-HEARING STATEMENT AND APPLICATIONS FOR RELIEF

1. Any application(s) for relief from removal must be filed with the Court by_____. See 8 C.F.R. §
3.31(c)(1993). (The Chicago Immigration Court will not accept any fee in conjunction with a filing.) Failure to
timely file a document(s) required herein shall be deemed a waiver and abandonment of any such opportunity. Id.

2. All applications, documents, and exhibits must be submitted on 8-1/2" X 11" size paper. They shall be
two-hole punched at the top of the page with holes 2-3/4" apart. All documents and exhibits shall be indexed,
paginated, and prefaced with a table of contents. Accord. 8 C.F.R. § 3.32(b) (1993).

3. Pursuant to 8 C.F.R. § 3.21(B)(1993) and Local Operating Procedure 2, each party is directed to file and
serve no later than _July 30, 2007_____ the following in the form of a "PRE-HEARING
STATEMENT":    Original + 1 copy    **(Include Affidavit)**

    a.) A list of proposed witnesses, estimate of time needed for each witness
including the respondent and what they will establish;

    b.) A list, together with copies, of all exhibits that may be offered;

    c.) A memorandum stating the legal and factual basis for the respondent's claim
for relief together with the respondent's affidavit stating chronically the important
facts in his/her case;

    d.) The estimated time required to present the case;

    e.) An additional copy of all exhibits.

    f.) A letter stating when the respondent's fingerprints were applied for and taken
by the DHS.

**NOTE: Pre-hearing statement, exhibits, briefs, etc. shall not exceed 100 pages. Documents over 100
pages will be returned.    PLEASE NUMBER ALL PAGES.**

4. Any party objecting to any proposed exhibit shall file and serve the objection no later than ten days prior
to the individual calendar hearing. Objections must be document specific; the failure to timely file an objection
shall be deemed a waiver of any such opportunity.

5. If the Service believes it is pertinent to consider an alien's criminal record, it shall file and serve by the
date set for the Pre-hearing Statement a list of the alien's criminal record. This shall include the incident date,
conviction date, name of court, and sentence actually imposed.

6. In a Cancellation of Removal (240A(a)) or 212 (c) case the alien shall file and serve with the exhibits
noted above, copies of income tax returns submitted to the Internal Revenue Service and a Pre-sentence
Investigative Report prepared in conjunction with the conviction(s) charged by the DHS. If unable to furnish it, an
explanation is expected.

7. Service of any required filing on the DHS shall be addressed to the attorney who last appeared on its
behalf.

8. Cases set by agreement are expected to be presented and completed within the time stipulated on the
date of the individual calendar hearing.

Date:   _7/11/07_____                                    _____
                                                    Immigration Court



NOTICE OF HEARING
IMMIGRATION COURT
55 EAST MONROE ST., SUITE 1900
CHICAGO, IL  60603

DATE:  Aug 22, 2007

TO:  NATIONAL IMMIGRANT JUSTICE CENTER
     *R. Linus Chan*
     208 S. LA SALLE, STE. 1818
     CHICAGO, IL 60604

RE:  AL-BAREH, LOUI HASHIM


FILE:  75-052-990


     Please take notice that the above captioned case has been scheduled for a
hearing before the Immigration Judge on Sep 27, 2007 at 1:00 P.M..  The alien will be
present via video conferencing.  All other parties should report to the
Immigration Court located at:
                    CHICAGO DETAINED
                    536 S. CLARK ST, RM B1330/1320
                    CHICAGO, IL  60605


     Since you are the attorney/representative of record, it is expected that
you will appear at the scheduled hearing.  Anyone wishing to attend the hearing
is subject to Correction Department policies and procedures regarding entry.
The court will assist in obtaining the necessary clearance if requested in
writing at least a week in advance of the hearing.  All correspondence,motions,
requests or inquiries concerning this matter should be directed to the address
at the top of this page.
     Your client's failure to appear at this hearing, other than for
exceptional circumstances beyond his/her control may result in an order of
removal being entered in his/her absence under Section 240(b)(5) of the
Immigration and Nationality Act.
     IF YOUR CLIENT IS RELEASED FROM CUSTODY, within five days of such release
you or your client must provide to this Court a written notice (or completed
form EOIR-33) of the address and telephone number at which your client can be
contacted.  Correspondence from the court, including hearing notices, will be
sent to you as long as you remain the attorney of record, and will be
considered sufficient notice for the proceedings to go forward in your client's
absence.  It is NOT NECESSARY to provide address change information as long as
your client remains in Corrections' custody.
     For information regarding the status of this case, call toll free
800-898-7180.

─────────────────────────────────────────────────────
                    CERTIFICATE OF SERVICE
This document was served by:  Mail (M)  Personal Service  (P)  Fax  (F)
to:  [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [✗] ALIEN's Atty/Rep  [✗] DHS
DATE:  ___8-22-07___  BY:  Court Staff _____
Attachments: [✗] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other_____
─────────────────────────────────────────────────────
                                                                    D1



                    NOTICE OF HEARING
                    IMMIGRATION COURT
                    55 EAST MONROE ST., SUITE 1900
                    CHICAGO, IL  60603

                              DATE:  Oct 4, 2007
TO:  NATIONAL IMMIGRANT JUSTICE CENTER
     R. LINUS CHAN
     208 S. LA SALLE, STE. 1818
     CHICAGO,  IL 60604
                              RE:  AL-BAREH, LOUI HASHIM


                              FILE:  75-052-990


     Please take notice that the above captioned case has been scheduled for a
hearing before the Immigration Judge on Oct 25, 2007 at 3:00 P.M..  The alien will be
present via video conferencing.  All other parties should report to the
Immigration Court located at:
                    CHICAGO DETAINED
                    536 S. CLARK ST, RM B1330/1320
                    CHICAGO, IL  60605


     Since you are the attorney/representative of record, it is expected that
you will appear at the scheduled hearing.  Anyone wishing to attend the hearing
is subject to Correction Department policies and procedures regarding entry.
The court will assist in obtaining the necessary clearance if requested in
writing at least a week in advance of the hearing.  All correspondence,motions,
requests or inquiries concerning this matter should be directed to the address
at the top of this page.
     Your client's failure to appear at this hearing, other than for
exceptional circumstances beyond his/her control may result in an order of
removal being entered in his/her absence under Section 240(b)(5) of the
Immigration and Nationality Act.
     IF YOUR CLIENT IS RELEASED FROM CUSTODY, within five days of such release
you or your client must provide to this Court a written notice (or completed
form EOIR-33) of the address and telephone number at which your client can be
contacted.  Correspondence from the court, including hearing notices, will be
sent to you as long as you remain the attorney of record, and will be
considered sufficient notice for the proceedings to go forward in your client's
absence.  It is NOT NECESSARY to provide address change information as long as
your client remains in Corrections' custody.
     For information regarding the status of this case, call toll free
800-898-7180.

                    CERTIFICATE OF SERVICE
This document was served by:  Mail (M)  Personal Service  (P)  Fax  (F)
to:  [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [X] ALIEN's Atty/Rep  [X] DHS
DATE:  ____10-4-07____  BY:  Court Staff  ____MA____
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other_____

                                                        D1

