IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOUI HASHIM AL-BAREH, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) No 08 C 589 <br> ) <br> MICHAEL CHERTOFF, SECRETARY, ) <br> DEPARTMENT OF HOMELAND ) HON. SAMUEL DER-YEGHIAYAN <br> SECURITY; KEITH NYGREN, SHERIFF, ) <br> MCHENRY COUNTY; DANIEL SEDLOCK, ) <br> CHIEF OF CORRECTIONS, ) <br> MCHENRY COUNTY JAIL; ) <br> ) <br> Respondents ) <br> ) | |

**PETITIONER'S MOTION TO SET BRIEFING SCHEDULE**

COMES NOW Petitioner, by and through undersigned counsel, and ask that a briefing schedule be set in this matter.

1. The Petitioner has filed a Petition for Writ of Habeas Corpus, arguing that his current detention is not authorized by statute and is no longer constitutional. Petitioner is currently in removal proceedings before the Immigration Court, but he is subject to mandatory and indefinite detention, as he cannot be removed from the country. He submits that his continued detention is not authorized by statute and violates Due Process.

2. By statute, a court entertaining an application for a writ of habeas corpus "shall forthwith … issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. The statute mandates a period of three days for the

1

response, "unless for good cause additional time, not exceeding twenty days, is allowed."

28 U.S.C. § 2243. Petitioner suggests that a briefing schedule set by the Court for briefs by both parties would be appropriate at this point.

WHEREFORE, Petitioner respectfully asks the Court to issue a briefing schedule in this matter.


Respectfully Submitted:

/s Charles Roth                                        January 28, 2008
Charles Roth
Claudia Valenzuela
National Immigrant Justice Center
208 S. LaSalle St., Suite 1818
Chicago, IL 60604
T: (312) 660-1613
F: (312) 660-1505