**FILED**

**JANUARY 28, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 2 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
JAN 2 8 2008

| | | |
|---|---|---|
| LOUI HASHIM AL-BAREH | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No. 08 C 589 |
| MICHAEL CHERTOFF, SECRETARY, | ) | |
| DEPARTMENT OF HOMELAND SECURITY; | ) | |
| KEITH NYGREN, SHERIFF, MCHENRY | ) | HON. SAMUEL DER-YEGHIAYAN |
| COUNTY; DANIEL SEDLOCK, CHIEF OF | ) | |
| CORRECTIONS, | ) | |
| MCHENRY COUNTY JAIL; | ) | |
| | ) | |
| Respondents | ) | |
| | ) | |

NOTICE OF MOTION

To:    Per Certificate of Service

Please take notice that the attached PETITIONER'S MOTION TO SET BRIEFING SCHEDULE will be presented at 9:00 A.M. on January 31, 2008, before Hon. Samuel Der-Yeghiayan, or another judge sitting in his stead, at Room 1903, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is hereby served.

_/s Charles Roth_
Charles Roth
Claudia Valenzuela
National Immigrant Justice Center
208 S. LaSalle, Suite 1818
Chicago, Illinois 60604
T: (312) 660-1613
F: (312) 660-1505

1

## PROOF OF SERVICE

I, Charles Roth, an attorney, state that on this January 28, 2008, I caused this Notice and the attached Motion to be served this day, at or before 5:00 P.M., upon by the following individuals by hand-delivery:

> Patrick Fitzgerald, U.S. Attorney
> c/o Sheila McNulty, SAUSA
> 219 S. Dearborn St., 5th Fl.
> Chicago, IL 60604

And upon the following individuals by first-class U.S. mail, postage prepaid:

> Keith Nygren
> McHenry County Sheriff
> 2200 N. Seminary Avenue
> Woodstock, IL 60098

> Daniel J. Sedlock Jr.
> Chief of Corrections
> McHenry County Jail
> 2200 N. Seminary Avenue
> Woodstock, IL 60098

> Attorney General Michael Mukasey
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001

> Glen Triveline
> Chicago Field Office Director, U.S. Immigration and Customs Enforcement
> c/o Office of Chief Counsel
> 55 E. Monroe St., Suite 1700
> Chicago, IL 60603

/s Charles Roth                                    Date: January 28, 2008
Charles Roth
Claudia Valenzuela
National Immigrant Justice Center
208 S. LaSalle, Suite 1818
Chicago, Illinois 60604
T: (312) 660-1613
F: (312) 660-1505

2

IN THE UNITED STATES
DISTRICT COURT