UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Loui H Al−Bareh
       Plaintiff,

v.               Case No.: 1:08−cv−00589
              Honorable Samuel Der−Yeghiayan

Michael Chertoff
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 31, 2008:

   MINUTE entry before Judge Samuel Der−Yeghiayan :Petitioner's motion to set a briefing schedule [4] is denied as moot. The Respondents' are given until 02/25/08 to answer or otherwise plead to Petitioner's petition for writ of habeas corpus. Status hearing set for 02/27/08 at 9:00 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.