UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Loui Hashim Al-Bareh | ) | |
| | ) | No. 08 C 589 |
| Plaintiff, | ) | |
| | ) | Judge Der-Yeghian |
| v. | ) | |
| | ) | |
| Michael Chertoff, Secretary | ) | |
| Department of Homeland Security; | ) | |
| Keith Nygren, Sheriff, | ) | |
| McHenry County; Daniel Sedlock, | ) | |
| Chief of Corrections, | ) | |
| McHenry County Jail, | ) | |
| | ) | |
| Defendants. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:    s/ Sheila M. McNulty
SHEILA M. McNulty
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8788