UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOUI HASHIM AL-BAREH | ) | |
| | ) | |
| Petitioner, | ) | No. 08 C 589 |
| | ) | |
| v. | ) | Judge Der-Yeghiayan |
| | ) | |
| MICHAEL CHERTOFF, SECRETARY, | ) | |
| DEPARTMENT OF HOMELAND SECURITY; | ) | |
| KEITH NYGREN, SHERIFF, McHENRY | ) | |
| COUNTY; DANIEL SEDLOCK, CHIEF OF | ) | |
| CORRECTIONS, McHENRY COUNTY JAIL, | ) | |
| | ) | |
| Respondents. | ) | |

## NOTICE OF MOTION

To: **Charles Roth**
**Claudia Valenzuela**
**National Immigrant Justice Center**
**208 S. LaSalle Street, Ste. 1818**
**Chicago, Illinois 60604**

PLEASE TAKE NOTICE that on Thursday, February 28, 2008, at 9:00 am at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge Der-Yeghiayan in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **AGREED MOTION TO EXTEND TIME** at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Sheila McNulty
SHEILA MCNULTY
Special Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
(312) 353-8788