## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Loui H Al–Bareh
                      Plaintiff,

v.                                              Case No.: 1:08–cv–00589
                                              Honorable Samuel Der–Yeghiayan

Michael Chertoff
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 26, 2008:

      MINUTE entry before Judge Samuel Der–Yeghiayan :Respondents' motion for extension of time to respond to Petitioner's petition [9] is granted to and including 03/13/08. Status hearing reset to 03/18/08 at 9:00 a.m. Status hearing set for 02/27/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.