UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Loui H Al−Bareh
                  Plaintiff,

v.                                    Case No.: 1:08−cv−00589
                                         Honorable Samuel Der−Yeghiayan

Michael Chertoff
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 12, 2008:

      MINUTE entry before Judge Samuel Der−Yeghiayan : Counsel for the parties advised this Court's Courtroom Deputy that the parties in good faith are attempting to resolve the instant action. The parties request to continue status hearing is granted as follows: Status hearing reset to 03/27/08 at 9:00 a.m. Status hearing set for 03/18/08 is stricken. Respondents are given until 03/26/08 to file their responsive pleading to Petitioner's petition. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

Case 1:08-cv-00589   Document 13   Filed 03/12/2008   Page 1 of 1