```
03/10/2008 12:54 FAX  3123564747           DHS ICE DRO                              ☒001

                           ************************
                           ***   TX REPORT     ***
                           ************************

              TRANSMISSION OK

              TX/RX NO                  2383
              DESTINATION TEL #         18153383321
              DESTINATION ID
              ST TIME                   03/10 12 53
              TIME USE                  00'42
              PAGES SENT                3
              RESULT                    OK
```



## U.S. IMMIGRATION & CUSTOMS ENFORCEMENT
## CHICAGO, ILLINOIS
## DETENTION & REMOVAL BRANCH

FAX TO: Lt. Lukas
LOCATION: McHenry County Sheriff's
FAX TELEPHONE NUMBER: (815)338-3321

DATE OF TRANSMISSION: 3/10/08

FAX FROM: DETENTION & REMOVAL OPERATION
LOCATION: CHICAGO DISTRICT OFFICE
FAX TELEPHONE NUMBER: 312-356-4518
CALL BACK NUMBER: 312-347-2400
CONTACT NAME: B. BERTALMIO, DEPORTATION OFFICER

NUMBER OF PAGES EXCLUDING THIS PAGE    2

COMMENTS:    PLEASE SERVE DOCUMENTS AND RETURN.

GOVERNMENT EXHIBIT A

# INSTRUCTION SHEET TO DETAINEE REGARDING REQUIREMENT TO ASSIST IN REMOVAL

The following is a list of things you are required to complete within 30 days of receiving this form, in order comply with your obligation to assist in obtaining a travel document:

*Mandatory requirements will be checked off by the INS officer depending on the facts of each case. Failure to comply or provide sufficient evidence of your inability to comply, may result in the extension of the removal period and subject you to further detention. In addition, you may be subject to criminal prosecution. If you need assistance in complying with any of the requirements, please contact a Deportation Officer.*

- √ Submit passports (current and expired) to the INS. If you have a copy of your passport, you are to submit it.
- √ Apply for a travel document/passport from your embassy or consulate, or directly from your government in your native country, or any other embassy or consulate of your native country in another country.
- √ Comply with all instructions from all embassies or consulates requiring completion of documentation for issuance of a travel document.
- √ Submit to the INS birth certificates, national identification cards, and any other document issued by a foreign government indicating your citizenship, nationality, place of birth, and place of residence prior to entering the United States.
- √ Provide names and addresses of family and friends residing in the United States and request that they contact your embassy or consulate in the United States, in order to facilitate the issuance of a travel document.
- √ Provide names and addresses of family and friends residing in your country of citizenship and request family and friends residing abroad contact your government in reference to issuing a travel document.
- √ You are required to take measures to request reinstatement of your previous nationality, register as required, or take any other action that will ensure the issuance of a travel document and your removal from the United States.
- √ Provide INS with written copies of requests to embassies or consulates requesting issuance of a travel document.
- √ Provide INS with written copies of responses from embassies or consulates regarding your requests.
- √ Solicit permission from another country, which may be able to accept you, to enter that country to effect your removal from the United States.
- ☐ Other:_____

Alien's Signature_____　　A Number **75 052 990**


Served by _____ on _____ at _____
　　　　　Officer's Name　　　　　　　Date　　　　　Location

**U.S. Department of Justice**
Immigration and Naturalization Service

**Warning for Failure to Depart**

| Name: AL-BAREH, LOUI HASHIM | District Office: Chicago Field Office | File # A75 052 990 |
|---|---|---|

Section 243(a) of the Immigration and Nationality Act provides, in part, that:

Any alien against whom a final order of removal is outstanding by reason of being a member of any of the classes described in section 237(a) who--
- (A) willfully fails or refuses to depart from the United States within a period of 90 days* from the date of the final order of removal under administrative processes, or if judicial review is had, then from the date of the final order of the court,
- (B) willfully fails or refuses to make timely application in good faith for travel or other documents necessary to the alien's departure,
- (C) connives or conspires, or takes any other action, designed to prevent or hamper or with the purpose of preventing or hampering the alien's departure pursuant to such, or
- (D) willfully fails or refuses to present himself or herself for removal at the time and place required by the Attorney General pursuant to such order,

shall be fined under title 18, United States Code, or imprisoned not more than four years (or 10 years if the alien is a member of any of the classes described in paragraph (1)(E), (2), (3), or (4) of section 237(a)), or both.

Nothing in this section shall make it a violation to take proper steps for the purpose of securing cancellation of or exemption from such order of removal or for the purpose of securing the alien's release from incarceration or custody.

Any action the Immigration and Naturalization Service may take to obtain a travel document for your departure or to remove you will *NOT* relieve you of the liability for compliance with the provisions of law referred to in the first paragraph above.

\* Section 241(a)(1)(C) provides for the extension of the statutory removal period if the alien refuses, during the removal period, to make application in good faith, for a travel or other document necessary for the alien's removal or departure or conspires or acts to prevent the alien's removal subject to an order of removal.

| Date Order Final: | Ordered Removed under Section: Section 237 (a) (2) (A) (iii) of the INA Act |
|---|---|

**Record of Service**
(Check method used)

( ) **Record of Personal Service**

| Served By: (Print Name and Title of Officer) | Date: |
|---|---|

| Officer's Signature: | Location of Service: |
|---|---|

| Served On: (Alien's Signature) | Date: |
|---|---|

| ( ) **Warning administered in Court** (Copy of order attached) | Record of Personal Service (Cont.) |
|---|---|
| ( ) **Certified Mail Service** | Fingerprint of Alien (Specify finger used) |

Attach certified mail receipts here.

Form I-229(a)
(Revised 12/04/02)

| U.S. Department of Justice | |
|---|---|
| Immigration and Naturalization Service | **Request for Acceptance of Alien** |

To: (Complete address of embassy or consulate)

Consulate of Germany
676 N. Michigan Ave
Chicago, IL 60611

Please refer to this file number:

File No: A75 052 990

Date: February 26, 2008

The person named below has been ordered removed from the United States in accordance with the provisions of the Immigration and Nationality Act. Any person ordered removed from the United States may designate the country to which he or she may be sent, provided such country is willing to accept him or her. This person has designated the country to which he or she wishes to be removed as Germany

| Alien's full name | |
|---|---|
| AL-BAREH, Loui Hashim | |
| Date of Birth | Place of Birth |
| 12/09/1966 | Basra, Iraq |
| Present Nationality | Occupation |
| Iraq | In Custody |
| Residence in U.S. | |
| In ICE Custody | |
| Grounds for removal from U.S. | |
| Wire Fraud | |
| Prior residence in: | |
| | |
| Relatives or friends in: | |
| | |
| Name and address of closest relative | |
| | |
| Criminal record | |
| Wire Fraud | |

Please return the duplicate of this letter, endorsed to show your decision concerning whether the person named will or will not be accepted into the above-named country. The enclosed self-addressed envelope, requiring no postage, may be used for your reply. Your cooperation in this matter is appreciated. If you require additional information concerning this request, please contact the assigned officer, Brian Bukstein                                                                at
(Deportation Officer)
312-347-2046
(Area code and phone number)

_Chris M Dvnls_
(Signature of INS official)

Assistant Field Office Director
(Print name and title)

Chicago, IL
(Office location)

**For use by Consular Official**

The case has been considered and it has been determined that the person named above ☐ will ☒ will not be permitted to enter Germany _____ upon his or her removal from the United States.

CONSULATE GENERAL OF THE
FEDERAL REPUBLIC OF GERMANY
676 NORTH MICHIGAN AVE.
CHICAGO, IL 60611-2804

Consul of Germany

_Harms_
(Signature of Consular Official)

Form I-241 (Rev. 4/1/97)N

GOVERNMENT EXHIBIT
B

| U.S. Department of Justice | |
|---|---|
| Immigration and Naturalization Service | **Request for Acceptance of Alien** |

To: (Complete address of embassy or consulate)

Royal Embassy of Saudi Arabia
601 New Hampshire Avenue, NW
Washington, DC 20037

(202) 337-4084

Please refer to this file number:

File No: A75 052 990

Date: March 10, 2008

The person named below has been ordered removed from the United States in accordance with the provisions of the Immigration and Nationality Act. Any person ordered removed from the United States may designate the country to which he or she may be sent, provided such country is willing to accept him or her. This person has designated the country to which he or she wishes to be removed as Saudi Arabia.

| Alien's full name | |
|---|---|
| AL-BAREH, Loui Hashim | |
| Date of Birth | Place of Birth |
| 12/09/1966 | Basra, Iraq |
| Present Nationality | Occupation |
| Iraq | In Custody |
| Residence in U.S. | |
| In ICE Custody | |
| Grounds for removal from U.S. | |
| Wire Fraud | |
| Prior residence in | |
| Relatives or friends in | |
| Name and address of closest relative | |
| Criminal record | |
| Wire Fraud | |

Please return the duplicate of this letter, endorsed to show your decision concerning whether the person named will or will not be accepted into the above-named country. The enclosed self-addressed envelope, requiring no postage, may be used for your reply. Your cooperation in this matter is appreciated. If you require additional information concerning this request, please contact the assigned officer, Brian Bukstein (Deportation Officer) at 312-347-2046 (Area code and phone number).

_Chris McDaniel_
(Signature of INS official)

Assistant Field Office Director
(Print name and title)

Chicago, IL
(Office location)

**For use by Consular Official**

The case has been considered and it has been determined that the person named above ☐ will ☐ will not be permitted to enter upon his or her removal from the United States.

_____
(Signature of Consular Official)

Consul of _____



Form I-241 (Rev. 4/1/97)N

| | |
|---|---|
| Alien's full name<br>AL-BAREH, Loui Hashim | |
| Date of Birth<br>12/09/1966 | Place of Birth<br>Basra, Iraq |
| Present Nationality<br>Iraq | Occupation<br>In Custody |
| Residence in U.S.<br>In ICE Custody | |
| Grounds for removal from U.S.<br>Wire Fraud | |
| Prior residence in | |
| Relatives or friends in | |
| Name and address of closest relative | |
| Criminal record<br>Wire Fraud | |

Please return the duplicate of this letter, endorsed to show your decision concerning whether the person named will or will not be accepted into the above-named country. The enclosed self-addressed envelope, requiring no postage, may be used for your reply. Your cooperation in this matter is appreciated. If you require additional information concerning this request, please contact the assigned officer, Brian Bukstein _____ at
(Deportation Officer)

312-347-2046
(Area code and phone number)

_Chris McDavid_
(Signature of INS official)

Assistant Field Office Director
(Print name and title)

Chicago, IL
(Office location)

**For use by Consular Official**

The case has been considered and it has been determined that the person named above ☐ will ☐ will not be permitted to enter _____ upon his or her removal from the United States.

_____
(Signature of Consular Official)

Consul of _____

Form I-241 (Rev. 4/1/97)N

---

************************
*** TX REPORT ***
************************

TRANSMISSION OK

TX/RX NO                3303
DESTINATION TEL #       12023374084
DESTINATION ID
ST. TIME                03/10 11:34
TIME USE                00'16
PAGES SENT              1
RESULT                  OK

03/10/2008 11:34 FAX 3123853405         DRO)DETAINED         ☒ 001



U.S. Department of Justice
Immigration and Naturalization Service

HQCOU 50/1.1

Office of the General Counsel         425 I Street NW
                                      Washington, DC 20536

APR 21 2000

MEMORANDUM FOR  Regional Counsel
                for Distribution to District and Sector Counsel

FROM:           Bo Cooper
                General Counsel

SUBJECT:        <u>Detention and Release during the Removal Period of Aliens Granted Withholding or Deferral of Removal</u>

    Section 241(a)(1) of the Immigration and Nationality Act (INA) establishes a 90-day "removal period" that generally commences on the date a removal order becomes administratively final. Certain aliens are subject to mandatory detention by the INS during this removal period. This memorandum addresses the authority of the Immigration and Naturalization Service (INS) under certain circumstances to release an alien who has a final order of removal, and who has also been granted withholding or deferral of removal, before the 90 day removal period has expired.

    Under INA section 241(a)(2), once the removal period has begun, the INS may -- but is not required to -- detain a non-criminal alien until removal is effected. Section 241(a)(2) generally requires the INS to detain all terrorists, all aggravated felons, and most other criminal aliens during the removal period and during any extension of the removal period. Please see HQCOU's March 16, 2000 memorandum entitled "Detention and Release of Aliens with Final Orders of Removal" for a more detailed interpretation of these provisions. Under certain circumstances, however, there is authority for the INS to release an alien who has been finally granted withholding or deferral of removal when the INS is not actively pursuing the alien's removal, even though the alien would otherwise be subject to mandatory detention.

    An alien who has been finally granted withholding of removal to a specific country under INA section 241(b)(3), or who has been granted either withholding or deferral of removal to a specific country under the Convention Against Torture, remains an alien who is subject to a final



order of removal. Generally, the INS may execute that order to any country other than the country to which removal has been withheld or deferred. Thus, if the INS is actively pursuing removal to an alternate country, there is no authority during the removal period to release an alien who is subject to mandatory detention. The purpose of the removal period, however, is to facilitate the execution of the removal order. If, therefore, an alien has been finally granted withholding or deferral of removal and the INS is not actively pursuing the alien's removal to an alternate country, the INS has authority to consider the release of such an alien during the removal period. This means only that there is authority to consider release of such aliens; it does not mandate their release. The decision whether or not to release such an alien must take into consideration all appropriate factors, including whether the alien poses a threat to the community or flight risk.