# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 589 | **DATE** | 3/27/2008 |
| **CASE TITLE** | Loui Hashim Al-Bareh vs. Chertoff, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 05/07/08 at 9:00 a.m. As stated on the record, Petitioner to file his response to Respondents' return of the habeas petition [14] by 04/17/08 and Respondents are given until 04/24/08 to file their reply.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|