# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 589 | **DATE** | 5/7/2008 |
| **CASE TITLE** | Loui H Al-Bareh vs. DHS Secretary Michael Chertoff, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the Court's memorandum opinion dated 05/07/08, Petitioner's petition for writ of habeas corpus [1] is denied. All pending dates and motions are hereby stricken as moot. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|