# United States District Court

## Northern District of Illinois

Eastern Division

Loui Hashim Al-Bareh            **JUDGMENT IN A CIVIL CASE**

v.            Case Number: 08 C 589

Michael Chertoff, et al.

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons stated in the Court's memorandum opinion dated 05/07/08, Petitioner's petition for writ of habeas corpus [1] is denied.

Michael W. Dobbins, Clerk of Court

Date: 5/7/2008            _____Michael Wing_____
           /s/ Michael A. Wing, Deputy Clerk